JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

FARIBORZ NOORI; MANIJEH NOURI; MOHAMMADMEHDI KAZEMI, individually,

     Plaintiffs,

     vs.

MARCO RUBIO, in his official capacity as Secretary of State; ROBERT JACHIM, in his official capacity as Acting Director of Screening Analysis and Coordination; DONALD J TRUMP, in his official capacity as the President of the United States,

     Defendants.

**Case No. 8:25-cv-00400-DOC-ADS**

**ORDER REQUIRING RECONSIDERATION BY STATE DEPARTMENT AND ENTERING STAY**

-1-

Pursuant to the representation of the Parties at the July 10, 2026 hearing on their cross-motions for summary judgment, the Court ORDERS as follows:

1. The State Department is **ORDERED** to reconsider Plaintiffs' visa applications under INA section 212(a). Plaintiffs are **ORDERED** to submit a complete and full record for the State Department to complete this reconsideration.

2. The State Department is **ORDERED** to reconsider Plaintiffs' visa application within THIRTY (30) days of Plaintiffs' resubmission.

3. This matter is ordered stayed for a period of THREE (3) months, but the Court will reopen the matter following an ex parte application from either Party or via a joint stipulation of the Parties.

4. The Parties Cross-Motions for Summary Judgment (Dkts. 40, 41) are **DENIED WITHOUT PREJUDICE.**

DATED:      July 10, 2026

DAVID O. CARTER

UNITED STATES DISTRICT JUDGE